IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| BOBBY TAYLOR, | § | |
| | § | No. 76, 2020 |
| Defendant Below, | § | |
| Appellant, | § | Court Below—Superior Court |
| v. | § | of the State of Delaware |
| | § | |
| STATE OF DELAWARE, | § | Cr. Id. No: 1511017784A&B(N) |
| | § | |
| Plaintiff Below, | § | |
| Appellees. | § | |

Submitted: March 24, 2021
Decided:   March 31, 2021

Before **VALIHURA, VAUGHN,** and **TRAYNOR**, Justices.

## O R D E R

This 31st day of March 2021, after careful consideration of the parties' briefs and the record on appeal, it appears to the Court that the judgment of the Superior Court should be affirmed on the basis of and for the reasons stated in its September 23, 2019 Order.

NOW, THEREFORE, IT IS ORDERED that the judgment of the Superior Court is AFFIRMED.

BY THE COURT:

*/s/ Gary F. Traynor*
Justice